UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60459-CIV-DIMITROULEAS

CARLOS A. MORA,

       Magistrate Judge Rosenbaum

    Plaintiff,

vs.

ADS ALLIANCE DATA SYSTEMS, INC. ,

    Defendant.
_____/

### ORDER DENYING, AS MOOT, MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant ADS Alliance Data System Inc.'s Motion to Dismiss [DE-5], filed herein on April 2, 2008. [DE-5]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. On April 15, 2008, Plaintiff filed an Amended Complaint [DE-6], rendering the instant motion moot.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant ADS Alliance Data System Inc.'s Motion to Dismiss [DE-5] is hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of April, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Paul A. Herman, Esq.
Dale T. Golden, Esq.